UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| TREVOR REINHOLT,<br><br>        Plaintiff<br><br>    v.<br><br>MICHAEL J. ASTRUE,<br>Commissioner of Social Security,<br><br>        Defendant. | NO. CV-07-0128-AMJ<br><br>**ORDER ADOPTING REPORT AND RECOMMENDATION** |

Before the Court for resolution is Magistrate Judge Cynthia Imbrogno's Report and Recommendation Regarding Stipulation for Remand (Ct. Rec. 24), recommending that the parties' Stipulation for Remand (Ct. Rec. 23) be granted and the case be remanded to the Commissioner for further proceedings. After review, **IT IS HEREBY ORDERED**: Magistrate Judge Imbrogno's Report and Recommendation Regarding Stipulation for Remand **(Ct. Rec. 24)** is **ADOPTED in its entirety**. The Commissioner's decision to deny Plaintiff disability benefits is **REVERSED** and **REMANDED**.

ORDER ~ 1

**IT IS SO ORDERED.** The District Court Executive is directed to:

1) Enter this Order;

2) Enter an Order of Judgment for Plaintiff;

3) Forward copies to counsel; and

4) Close the file.

**DATED** this ___3rd___ day of December, 2007.

                          S/ Edward F. Shea
                            EDWARD F. SHEA
                    United States District Judge

Q:\Civil\2007\128.RR.Grant.wpd

ORDER ~ 2