# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF WASHINGTON

TREVOR REINHOLT,                        )
                                             )
           Plaintiff,              )
                                             )     NO.  CV-07-0128-AMJ
      vs.                                 )
                                             )    **JUDGMENT IN A**
MICHAEL J. ASTRUE,                      )     **CIVIL CASE**
Commissioner of Social Security,        )
                                             )
          Defendant.             )
_____)

**STIPULATION BY THE PARTIES:**

      The parties have stipulated to the remand of the captioned matter pursuant to sentence four of 42 U.S.C. § 405(g).

      **IT IS ORDERED AND ADJUDGED** that:

      The matter is **REMANDED** for additional proceedings pursuant to sentence four of 42 U.S.C. § 405(g).  Judgment is entered for Plaintiff and the file shall be **CLOSED.**

      DATED this 3rd day of December, 2007.

                                     JAMES R. LARSEN
                                    District Court Executive/Clerk

                                    by: ____s/Karen White___
                                        Deputy Clerk

cc: all counsel